USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: __03/24/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CALDERON, et al,

                        Plaintiffs,

             -against-

919 PROSPECT AVE LLC, et al.,

                        Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE
CONFERENCE**

**22-CV-0096 (JPO)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 42).  A telephone

conference will be held on **Monday, April 10, 2023 at 4:30 p.m.** in advance of a settlement

conference.  The parties are directed to review Judge Parker's Individual Practices at

http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the

call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line

at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

       **SO ORDERED.**

Dated: March 24, 2023
      New York, New York

                             *Katharine H Parker*
                         _____
                         KATHARINE H. PARKER
                         United States Magistrate Judge