





June 8, 2023

<u>VIA ECF</u>

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Jose Calderon et. al. v. 919 Prospect Avenue LLC et. al.*
    Civil Action No. 1:22-cv-96 (JPO)(KHP)

Dear Magistrate Judge Parker,

<u>Plaintiffs write to request adjournment of the settlement conference currently scheduled for July 26, 2023, to the next available date. This is Plaintiffs' first such request.</u> Plaintiffs submit this request because the undersigned counsel will be unavailable the week of July 26 due to an intervening family obligation.

<u>Defendants consent to this request.</u> The parties have also conferred on their availability for the adjourned settlement conference. Defendants are generally available in August <u>and September 2023,</u> excepting the week of August 28 to September 1. Plaintiffs are also generally available in August and September, excepting August 22 and the period between September 4 and September 12. Thank you for your attention to this matter.

                                            Respectfully,

                                          /s/   Michael Diller
                                          BRONX LEGAL SERVICES
                                          Attorneys for Plaintiffs
                                          349 E. 149th St., 10th Floor
                                          The Bronx, NY 10451
                                          (347) 592-2117
                                          mdiller@lsnyc.org

Bronx Legal Services | 349 East 149th Street, 10th Floor, Bronx, NY 10451
Phone: 718-928-3700 | Fax: 718-292-2587 | www.LegalServicesNYC.org
**Marie Richardson**, Acting Project Director | **Joseph P. Moodhe**, Board Chair



LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION

**APPLICATION GRANTED:**   The Settlement Conference in this matter scheduled for Wednesday, July 26, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. is hereby rescheduled to **Wednesday, September 20, 2023 at 2:00 p.m.**  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **September 13, 2023 by 5:00 p.m.**

APPLICATION GRANTED

*[Signature]*

Hon. Katharine H. Parker, U.S.M.J.

06/09/2023