UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE CALDERON, *et al.*,

                            Plaintiffs,

-v-

919 PROSPECT AVENUE LLC, *et al.*,

                            Defendants.

22-CV-96 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On September 15, 2023, counsel for Defendants filed a request to withdraw. (ECF No. 87.) Defendants' request is GRANTED.

    With the withdrawal of this counsel, Defendants 919 Prospect Avenue LLC, Aegis Realty Management Corporation, and Seth Miller will be without legal representation in this action. Within twenty-one days of the date of this Order, those Defendants are directed to have counsel enter an appearance in this action on their behalf or risk entry of default judgment against them.

    Defendant Seth Miller is advised that as an individual, he may appear *pro se* — without counsel — in which case he is directed to submit a letter to the Court providing his mailing address and contact information. Defendants 919 Prospect Avenue LLC and Aegis Realty Management Corporation are advised that as artificial entities, however, they must be represented by counsel and cannot appear *pro se*.

    If the individual Defendant Seth Miller elects to proceed *pro se*, he should direct all written communications to the Court through the *Pro Se* Intake Unit at:

        U.S. District Court
        Southern District of New York
        Pro Se Intake Unit
        Thurgood Marshall Courthouse
        40 Foley Square, Room 105
        New York, New York 10007

The Clerk of Court is directed to terminate Chaya M. Gourarie, Matthew P. Madzelan, and Bell Law Group PLLC as counsel on the docket in the case.

The withdrawing attorneys are directed to serve this Order on all Defendants within seven days.

SO ORDERED.

Dated: September 18, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge