USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/19/2023

**MEMO ENDORSED**

**THE LEGAL AID SOCIETY CIVIL**

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Adriene L. Holder
*Chief Attorney*
*Civil Practice*

Elizabeth Saylor
*Citywide Director*
*Employment Law Unit*

VIA ECF

September 18, 2023

Hon. Katharine Parker
United States District Court
500 Pearl Street, Room 750
New York, NY 10007

Re: Settlement Conference in *Calderon et. al. v. 919 Prospect Avenue LLC et. al.*, 22-cv-96

Dear Magistrate Judge Parker,

Plaintiffs submit this letter requesting adjournment of the settlement conference currently scheduled for September 20, 2023, until Defendants have obtained new counsel and indicated their intent to engage in settlement negotiations. Per your Honor's individual practices, Plaintiffs submitted a confidential letter regarding their settlement position on September 13, 2023. On September 15, counsel for Defendants submitted a request to withdraw from the case in light of "irreconcilable differences" with their clients. *See* ECF No. 87. The Court granted this request on September 18, 2023.

Plaintiffs emailed Defendants' former counsel Chaya Gourarie the morning of September 18 to ask if her clients would attend the settlement conference, but did not hear back. We do not know if Defendants still intend to appear at the settlement conference. Moreover, Defendants have not made a settlement offer, as required by your Honor's individual practices, even though Plaintiffs communicated an opening demand as early as June of 2023.

In light of the uncertainty surrounding Defendants' participation in the settlement conference, Plaintiffs' request an adjournment until Defendants have obtained new counsel and indicated renewed interest in negotiation.

Sincerely,

/s/ Michael Diller

THE LEGAL AID SOCIETY
Michael Diller
Staff Attorney
Employment Law Unit
49 Thomas Street, 5th Floor
New York, NY 10013
(917) 581-2793
mdiller@legal-aid.org

**Justice in Every Borough.**

---

9-19-2023

Application granted. Settlement conf. adjourned sine die. Defendant Miller shall advise the Court by October 15, 2023 whether he will be proceeding pro se and, if so, is prepared to engage in settlement discussions. Failure to comply with this order may result in sanctions. So Ordered.

Katharine H. Parker, USMJ