UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE CALDERON, *et al.*,

                Plaintiffs,

-v-

919 PROSPECT AVENUE LLC, *et al.*,

                Defendants.

22-CV-96 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The jury trial in this case is hereby scheduled to commence on May 6, 2024, at 9:30 a.m. in Courtroom 706, United States Courthouse, 40 Foley Square.

By April 15, 2024, the parties shall file (1) a joint pretrial order pursuant to this Court's Individual Rules, (2) any motions in limine, (3) proposed voir dire, and (4) proposed jury instructions. Any responses to motions in limine shall be filed within one week of the filing of the motions.

    SO ORDERED.

Dated: February 5, 2024
       New York, New York

                                                  J. PAUL OETKEN
                                             United States District Judge