UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE CALDERON, *et al.*,
                      Plaintiffs,

-v-

919 PROSPECT AVENUE LLC, *et al.*,
                      Defendants.

22-CV-96 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      As discussed during the telephone conference, Defendants are ordered to produce documents responsive to Plaintiffs' requests as specified in Plaintiff's letter at ECF No. 109 on or before March 29, 2024.  Specifically, Defendants must produce (1) Mr. Calderon's payroll records, (2) the schedule of any porters assigned to Mr. Calderon's worksite during his employment, (3) communications exchanged between Plaintiffs and Defendants and relevant communications about Plaintiffs, and (4) full names, addresses, and contact information for certain employees identified by Plaintiffs.  To the extent that Defendants do not possess responsive records or documents, Defendants are ordered to, in the alternative, submit an affidavit attesting to the lack of responsive records on or before March 29, 2024.

      The deadline for all discovery to be completed is extended to April 30, 2024.  The parties are also directed to file a joint status letter on April 30, 2024.  The remaining deadlines and dates specified in the Court's Order at ECF No. 108 remain the same.

      SO ORDERED.

Dated: March 18, 2024
       New York, New York

                                                  _____
                                                  J. PAUL OETKEN
                                                  United States District Judge